PAUL R. G. HORST, Respondent, *v.* ZELTNER BREWING COMPANY, Appellant.

*Horst* v. *Zeltner Brewing Co.*, 124 App. Div. 921, affirmed.
(Argued October 25, 1909; decided November 9, 1909.)

APPEAL from a final judgment entered April 2, 1908, upon an order of the Appellate Division of the Supreme Court in the first judical department, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover for an alleged breach of a contract of sale.

*William L. Cahn, I. H. Lehman* and *Henry A. Rubino* for appellant.

*George A. Strong* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.